IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARENCE D. JOHNSON, JR., **Plaintiff,** v. US JUDGES, LANCE WATSON, DALE OSHEILDS, TRUMP, PRESIDENT OBAMA, and UNITED NATIONS, **Defendants.** | Case No. 3:20-CV-832-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On August 28, 2020, Plaintiff Clarence D. Johnson, Jr., filed a *pro se* Civil Rights Complaint naming US Judges, Lance Watson, Dale Osheilds, Trump, President Obama, and the United Nations as Defendants (Doc. 2). Along with his Complaint, Johnson filed the Motion for Leave to Proceed *in forma pauperis*, in which he seeks to proceed without prepayment of the filing fees (Doc. 3).

Under 28 U.S.C. § 1915(a)(1), a federal district court may allow a civil case to proceed without prepayment of fees if the movant "submits an affidavit that includes a statement of all assets he possesses [showing] that he is unable to pay such fees or give security therefor." Section 1915(e)(2) then requires careful threshold scrutiny of the complaint filed by a plaintiff seeking to proceed *in forma pauperis* (IFP). The Court must dismiss the complaint if the allegation of poverty is untrue or if the action is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. *Id.*; *see also Hoskins v. Poelstra*, 320

F.3d 761, 763 (7th Cir. 2003) ("District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense.").

The standards applicable to reviewing claims under § 1915(e)(2)(B)(ii) are the same as those for reviewing claims under Federal Rule of Civil Procedure 12(b)(6). *Dewalt v. Carter*, 224 F.3d 607, 611-12 (7th Cir. 2000). Specifically, the Complaint must contain allegations that go beyond a merely speculative level. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

In this case, Johnson's affidavit indicates he has no assets or income; thus, the Court is satisfied he is indigent (Doc. 3). Johnson's complaint must be dismissed, however, as he has failed to state a valid cause of action. In fact, his civil rights complaint makes no factual allegations whatsoever. Within the Statement of Claim section, Johnson merely states: "My name is Mr. Johnson. I need pull this news down for all federal cases Illinois, Kentucky, Ohio." (Doc. 2). As relief, Johnson request $30 million in compensatory damages (*Id.*).

His subsequent filings provide no clarification. On September 8, 2020, Johnson filed a Motion for Hearing and Trial Dates (Doc. 7), in which he states only that "these are fugitives of law they need lawyers." He instructs the Court to "[r]eview prior cases from US Attorney's Office Trump Obama Administration." Johnson also filed a Motion for Withholding Criminal Evidence/Request for Inquiry," in which he simply names various officials and entities: U.S. Attorney's Office, Ohio Crime Victims Compensation Program, Illinois Crime Victims Compensation Program, United Nations Ethics

Commission, Trump, Obama, Theresa May, Queen Elizabeth, Angela Byers (FBI), Senator Kamala Harris, Secretary of State Mike Pompeo, and Alayne Frankson-Wallace (Doc. 8).

Because Johnson's Complaint (Doc. 2) fails to state a claim, it must be **DISMISSED without prejudice**. His Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **DENIED**. Johnson's Motion for Hearing and Trial Dates (Doc. 7) and Motion for Withholding Criminal Evidence/Request for Inquiry (Doc. 8) are **DENIED as moot**.

Johnson is **GRANTED** leave to file an Amended Complaint and to refile a motion for leave to proceed *in forma pauperis* on or before **October 23, 2020**. The failure to timely file an Amended Complaint will result in the dismissal of this case with prejudice.

**IT IS SO ORDERED.**

DATED:   September 23, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**